Nebraska Supreme Court Online Library
www.nebraska.gov/apps-courts-epub/
06/12/2020 01:08 AM CDT

Nebraska Supreme Court Advance Sheets
305 Nebraska Reports
REVEIZ v. EL-KASABY
Cite as 305 Neb. 440

Elena Reveiz, appellant, v.
Bassel El-Kasaby, appellee.

___ N.W.2d ___

Filed April 3, 2020.    No. S-19-278.

Appeal from the District Court for Douglas County: J
Russell Derr, Judge. Affirmed.

Denise E. Frost, of Johnson & Mock, P.C., L.L.O., for
appellant.

Cathy S. Trent-Vilim, and, on brief, Stacy L. Morris and
Kate Geyer Johnson, of Lamson, Dugan & Murray, L.L.P., for
appellee.

Heavican, C.J., Miller-Lerman, Cassel, Stacy, Funke,
and Freudenberg, JJ.

Per Curiam.
The February 19, 2019, order of the Douglas County District
Court is affirmed by an equally divided court.

Affirmed.

Papik, J., not participating.